JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Andrew Mohr ;
2 Citizen of Another State; Indiana
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Agape Baptist Church d/b/a Agape Boarding School ;
4 Incorporated or Principal Place of Business in This State;
**County of Residence:** Cedar County

Additional Defendants(s):
Bryan Clemensen ;
1 Citizen of This State;

**County Where Claim For Relief Arose:** Cedar County

**Plaintiff's Attorney(s):**

Ryan D Frazier (Andrew Mohr)
Monsees & Mayer P.C.
1021 E WALNUT ST
Springfield, Missouri 65806
**Phone:** 4178668688
**Fax:**
**Email:** rfrazier@monseesmayer.com

P. Reed Martens (Andrew Mohr)
Monsees & Mayer. P.C.
4717 Grand Avenue
Kansas City, Missouri 64112
**Phone:** 816-361-5550
**Fax:**
**Email:** rmartens@monseesmayer.com

David M Mayer (Andrew Mohr)
Monsees & Mayer, P.C.
4717 Grand Avenue
Kansas City, Missouri 64112
**Phone:** 816-361-5555
**Fax:**
**Email:** dmayer@monseesmayer.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

    **Defendant:** 4 Incorporated or Principal Place of Business in This State

**Origin:** 1. Original Proceeding

Case 6:25-cv-03003-MDH     Document 1-1     Filed 01/08/25     Page 1 of 2

**Nature of Suit:** 360 Other Personal Injury Actions
**Cause of Action:** 28 U.S.C. § 1332
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Ryan D. Frazier

**Date:** 01/08/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.